IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**OSCAR STILLEY,**  **PLAINTIFF**
Reg. No. 10579-062

v.   No. 2:15-CV-00163 BSM/BD

**UNITED STATES OF AMERICA,** *et al.*   **DEFENDANTS**

## STATEMENT OF UNDISPUTED FACTS

Defendants the United States of America, Bureau of Prisons, and Charles Samuels, Jr., Director of Bureau of Prisons, in his official capacity, by and through Christopher R. Thyer, United States Attorney for the Eastern District of Arkansas, and Jamie Goss Dempsey, Assistant U.S. Attorney, state as follows for its statement of undisputed facts pursuant to Local Rule 56.1(a):

1. Inmate Oscar Stilley, Reg. No. 10579-062, is a 52-year-old male serving a 180-month sentence for conspiracy to defraud the United States and tax evasion. See Declaration of Susan Gaither, attached as Exhibit B, ¶ 3. His expected release date via Good Conduct Time release is September 12, 2023. *Id.*

2. Stilley has filed thirty-one administrative remedy requests since his incarceration within the BOP. *Id.* ¶ 8.

3. Stilley has only exhausted one administrative remedy, Administrative Remedy Request #714621-A1, which was related to a disciplinary hearing that occurred on August 16, 2012. *Id.* ¶ 9.

4.	Stilley has filed six other appeals to the Officer of General Counsel which have been rejected. *Id.* ¶ 10.

5.	He has failed to re-file those rejected administrative remedy appeals. *Id.* ¶ 11. Therefore, he has failed to exhaust any administrative remedy other than Administrative Remedy Request #714621-A1. *See id.* ¶¶ 9-11.

>Respectfully submitted,
>
>CHRISTOPHER R. THYER
>United States Attorney
>Eastern District of Arkansas
>
>/s/   *Jamie Goss Dempsey*
>
>_____
>
>Jamie Goss Dempsey
>Ark. Bar No. 2007239
>Assistant U. S. Attorney
>P.O. Box 1229
>Little Rock, Arkansas 72203
>Tel.   (501) 340-2600
>jamie.dempsey@usdoj.gov

## **CERTIFICATE OF SERVICE**

This will certify that a true and correct copy of the foregoing was filed with the Court *via* CM/ECF and a copy was sent *via* U.S. Mail on this 22nd day of March, 2016, to the following:

Oscar Stilley
Reg. No. 10579-062
FCI Oakdale-1
P.O. Box 5000
Oakdale, LA 71463-5000

/s/ *Jamie Goss Dempsey*

_____
Jamie Goss Dempsey
Assistant U. S. Attorney