TRULINCS  10579062 - STILLEY, OSCAR AMOS - Unit: OAK-E-B

-----------------------------------------------------------------------------------------

FROM: 10579062
TO:
SUBJECT: SF_StilleyOMtnExtRspMTD1
DATE: 03/31/2016 06:01:09 PM

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 0 5 2016

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

*          UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF ARKANSAS
               EASTERN DIVISION

OSCAR STILLEY 10579-062                          PLAINTIFF

V.        NO.  2:15-CV-00163 BSM/BD

UNITED STATES, et al                             DEFENDANTS

        PLAINTIFF'S MOTION FOR EXTENSION OF TIME
        TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS,
        OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT

    Comes now Plaintiff and for his motion states:

1.   Plaintiff's complaint was served on the last defendant on 12-29-15.

2.   Defendant filed two motions to extend time, primarily on the ground that Plaintiff's complaint is lengthy and involved.

3.   Defendant filed a Motion to Dismiss, or In the Alternative, Motion for Summary Judgment, on 3-22-15, the extended deadline for answer or other pleading responsive to the complaint.

4.   Defendant seeks summary judgment or dismissal with respect to all 15 counts of the complaint.

5.   A suitable response in opposition will require Plaintiff to address a number of legal theories as applied to a broad range of facts.

6.   Plaintiff is exceedingly limited in his resources, due to incarceration, prison policies, etc.

7.   Therefore Plaintiff requests an extension of time up through and including 4-27-2016.  This motion is not for purposes of delay, and Plaintiff will make best efforts to craft a suitable response with reasonable dispatch.

WHEREFORE, Plaintiff requests an extension of time up through and including Wednesday, 4-27-2016, to respond to the government's Motion to Dismiss or for Summary Judgment, and such other relief as the Court deems appropriate.

)
)
By:_____                    3-31-2016
Oscar Stilley                                  Date
FCI Oakdale-1
PO 5000
Oakdale, LA 71463-5000

        CERTIFICATE OF SERVICE  (Prison Mailbox Rule)

Pursuant to 28 USC 1746, Plaintiff by his signature above declares under penalty of perjury that on the date stated above he placed a copy of this pleading in the prison outgoing mailbox, with sufficient 1st Class Postage attached, addressed to the Clerk of court for filing and service via CM/ECF.