IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**OSCAR STILLEY**　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
Reg. # 10579-062

v.　　　　　　　　　　CASE NO. 2:15-CV-00163 BSM

**UNITED STATES OF AMERICA, et al.**　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

The partial recommended disposition submitted by United States Magistrate Judge Beth Deere [Doc. No. 63] and plaintiff Oscar Stilley's objections [Doc. No. 67] thereto have been received. After *de novo* review, the partial recommended disposition is adopted in its entirety. Accordingly, Stilley's motion [Doc. No. 49] for default judgment and to strike the United States's answer is denied.

IT IS SO ORDERED this 24th day of July 2017.

_____
UNITED STATES DISTRICT JUDGE