IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

OSCAR STILLEY
Reg. # 10579-062                                                                                  PLAINTIFF

v.                              CASE NO. 2:15-CV-00163 BSM

UNITED STATES OF AMERICA, et al.                                                   DEFENDANTS

## ORDER

The recommended disposition [Doc. No. 82] submitted by United States Magistrate Judge Beth Deere has been reviewed. The parties have not submitted objections *per se*, but plaintiff Oscar Stilley has submitted motions to compel, to disqualify, and to stay [Doc. Nos. 86, 87, 88]. After *de novo* review of the record, the recommended disposition is adopted in its entirety, the government's motion for summary judgment [Doc. No. 51] is granted, and this case is dismissed with prejudice. Stilley asserts he needs access to certain discovery materials in various formats and that he needs more time to respond to the recommended disposition due to his being transferred and due to his hunger striking and placement in a special housing unit and in administrative segregation. *See* Doc. No. 75; Doc. No. 88. For the reasons explained in the recommended disposition, his motions to compel [Doc. Nos. 75, 86], to disqualify [Doc. No. 87], and to stay [Doc. No. 88] are denied as moot.

IT IS SO ORDERED this 16th day of February 2018.

_____
UNITED STATES DISTRICT JUDGE